IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MORGAN M., a Minor, By and Through Her Parents and Natural Guardians, BARBARA B. AND ARTHUR W. M. III.,<br>      Plaintiffs<br><br>v.<br><br>PENN MANOR SCHOOL DISTRICT,<br>      Defendant | : CIVIL ACTION<br>:<br>:<br>:<br>:<br>:<br>: No. 12-3646<br>:<br>:<br>: |

## O R D E R

**AND NOW**, this   14th   day of January, 2015, upon consideration of Plaintiffs' Motion for Judgment on the Administrative Record (Docket Entry 15), Defendant's Motion for Judgment on the Administrative Record (Docket Entry 16), and all responses and replies thereto, IT IS HEREBY ORDERED that:

1. Plaintiffs' Motion is **DENIED**.

2. Defendant's Motion is **GRANTED**.

3. That portion of the Certified Hearing Officer's Order (A.R. Ex. 2) requiring Defendant to provide sixty-three hours of compensatory education to Plaintiff is **VACATED**.

4. The Clerk is directed to mark this case CLOSED.

                                        BY THE COURT:

                                          /s/ Lawrence F. Stengel
                                        LAWRENCE F. STENGEL, J.